IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>    **Plaintiff,**<br><br>    v.<br><br>HUAWEI TECHNOLOGIES CO., LTD., AND HUAWEI TECHNOLOGIES USA INC.<br><br>    **Defendants.** | CIVIL ACTION NO. 6:20-CV-916-ADA |

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE COURT:**

    Defendants hereby notify the Court that **J. Mark Mann** of Mann | Tindel | Thompson, 300 West Main Street, Henderson, Texas 75652 makes a formal entry of appearance in the above-styled and numbered cause as counsel for Defendants, Huawei Technologies Co., Ltd., and Huawei Technologies USA Inc. The undersigned counsel requests a copy of all pleadings, discovery, correspondence and orders be sent to him.

Dated: October 29, 2020  Respectfully submitted,

By:   */s/ J. Mark Mann*  
    **J. Mark Mann**  
    State Bar No. 12926150  
    Mark@TheMannFirm.com  
    **G. Blake Thompson**  
    State Bar No. 24042033  
    Blake@TheMannFirm.com  
    **MANN | TINDEL | THOMPSON**  
    300 West Main Street  
    Henderson, Texas 75652  
    (903) 657-8540  
    (903) 657-6003 (fax)

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 29th day of October, 2020.

    */s/ J. Mark Mann*  
    **J. Mark Mann**