IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD., AND HUAWEI TECHNOLOGIES USA INC.<br><br>    Defendants. | CIVIL ACTION NO. 6:20-cv-916-ADA |

## NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE COURT:

Defendants hereby notify the Court that **G. Blake Thompson** of Mann | Tindel | Thompson, 300 West Main Street, Henderson, Texas 75652 makes a formal entry of appearance in the above-styled and numbered cause as counsel for Defendants, Huawei Technologies Co., Ltd., and Huawei Technologies USA Inc. The undersigned counsel requests a copy of all pleadings, discovery, correspondence and orders be sent to him.

Dated: October 29, 2020                    Respectfully submitted,

By:   */s/ G. Blake Thompson*
     **G. Blake Thompson**
     State Bar No. 24042033
     Blake@TheMannFirm.com
     **J. Mark Mann**
     State Bar No. 12926150
     Mark@TheMannFirm.com
     **MANN | TINDEL | THOMPSON**
     300 West Main Street
     Henderson, Texas 75652
     (903) 657-8540
     (903) 657-6003 (fax)

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via U.S. District Court [LIVE]- Document Filing System, to all counsel of record, on this 29th day of October, 2020.

*/s/ G. Blake Thompson*
**G. Blake Thompson**