# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC d/b/a BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Huawei Technologies Co., Ltd. and Huawei Technologies USA Inc.,<br><br>　　　　Defendants. | CIVIL ACTION NO. 6:20-cv-916-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that attorney Brian M. Koide of the law firm ETHERIDGE LAW GROUP, PLLC appears as counsel of record for Plaintiff WSOU Investments, LLC. Mr. Koide hereby requests that all notices required to be given, and all papers required to be served in the above-entitled and numbered cause, be copied to and served upon him.

**Dated: November 3, 2020**　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ *Brian M. Koide*
　　　　　　　　　　　　　　　　　　　Brian M. Koide
　　　　　　　　　　　　　　　　　　　Virginia Bar No. 46,329
　　　　　　　　　　　　　　　　　　　ETHERIDGE LAW GROUP, PLLC
　　　　　　　　　　　　　　　　　　　2600 E. Southlake Blvd., Suite 120 / 324
　　　　　　　　　　　　　　　　　　　Southlake, Texas 76092
　　　　　　　　　　　　　　　　　　　Telephone: (703) 565-2852
　　　　　　　　　　　　　　　　　　　Facsimile: (817) 887-5950
　　　　　　　　　　　　　　　　　　　brian@etheridgelaw.com

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on November 3, 2020.

> */s/ Brian M. Koide*
> Brian M. Koide