IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>　　　Plaintiff,<br><br>v.<br><br>HUAWEI TECHNOLOGIES CO., LTD. AND HUAWEI TECHNOLOGIES USA INC.,<br><br>　　　Defendants. | CIVIL ACTION 6:20-cv-00916-ADA<br><br>PATENT CASE<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S NOTICE OF THE FILING OF A
PETITION FOR INTER-PARTES REVIEW**

Pursuant to the Court's Published Standard Order Governing Proceedings – Patent Case ("Order Governing Proceedings, version 3.3"),[1] namely General Issue No. 4, Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development hereby provides notice that Defendants Huawei Technologies Co., Ltd and Huawei Technologies USA Inc. filed a petition requesting inter-partes review of the patent in-suit, U.S. Patent No. 7,406,074, on April 9, 2021. *See* IPR2021-00692, attached as Exhibit A.  The PTAB has not yet issued a Notice of Filing Date Accorded. The following represents the expected schedule of the IPR proceeding if such a notice were issued today.

| | |
|---|---|
| April 23, 2021 | PTAB issues a Notice of Filing Date Accorded |
| October 23, 2021 | PTAB decision on institution expected |
| October 23, 2022 | If PTAB trial instituted, then PTAB final written decision expected |

---

[1] *See* https://www.txwd.uscourts.gov/wp-content/uploads/Standing%20Orders/Waco/Albright/Order%20Governing%20Proceedings%20-%20Patent%20Cases%20022321.pdf

Dated: April 23, 2021                              Respectfully submitted,

            By: <u>/s/ Ryan Loveless</u>
               James L. Etheridge
               Texas Bar No. 24059147
               Ryan S. Loveless
               Texas Bar No. 24036997
               Brett A. Mangrum
               Texas Bar No. 24065671
               Travis L. Richins
               Texas Bar No. 24061296
               Jeffrey Huang
               Brian M. Koide
               Etheridge Law Group, PLLC
               2600 E. Southlake Blvd., Suite 120 / 324
               Southlake, TX 76092
               Tel.: (817) 470-7249
               Fax: (817) 887-5950
               Jim@EtheridgeLaw.com
               Ryan@EtheridgeLaw.com
               Brett@EtheridgeLaw.com
               Travis@EtheridgeLaw.com
               Jhuang@EtheridgeLaw.com
               Brian@EtheridgeLaw.com

               Mark D. Siegmund
               State Bar No. 24117055
               mark@waltfairpllc.com
               Law Firm of Walt, Fair PLLC.
               1508 North Valley Mills Drive
               Waco, Texas 76710
               Telephone: (254) 772-6400
               Facsimile: (254) 772-6432

               *Counsel for Plaintiff WSOU Investments, LLC*

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via the U.S. District Court [LIVE]-Document Filing System to all counsel of record on April 23, 2021.

               <u>/s/ Ryan Loveless</u>
               Ryan S. Loveless